## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAADA KARAGBO, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 26-CV-1057** |
| | : | |
| KOLU JOHNSON, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 3rd day of March, 2026, upon consideration of Plaintiff Maada

Karagbo's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No.

2) it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject

matter jurisdiction for the reasons in the Court's Memorandum.

4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                              **BY THE COURT:**


                              **/s/ Gerald Austin McHugh**
                              **GERALD A. MCHUGH, J.**